UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HOWARD DAVID RICHARDSON III,

        Plaintiff,

   v.

INFINITI OF LYNNWOOD ET AL.,

        Defendants.

Case No. 25-1502-KKE

ORDER GRANTING IFP

Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 3, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 19th day of August, 2025.

                                               S. KATE VAUGHAN
                                               United States Magistrate Judge

ORDER GRANTING IFP - 1