UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOWARD DAVID RICHARDSON III, <br><br> Plaintiff(s), <br><br> v. <br><br> INFINITI OF LYNNWOOD, <br><br> Defendant(s). | CASE NO. C25-1502-KKE <br><br> ORDER GRANTING MOTION FOR SERVICE BY THE U.S. MARSHALS SERVICE |

This matter comes before the Court on Plaintiff's motion for an order directing service by the United States Marshals Service. Dkt. No. 10. On August 19th, 2025, United States Magistrate Judge S. Kate Vaughan granted Plaintiff's motion for leave to proceed in forma pauperis ("IFP") under 28 U.S.C. § 1915. Dkt. No. 4. Plaintiff later filed an amended complaint (Dkt. No. 8) and summons was issued (Dkt. No. 9). When a "plaintiff is authorized to proceed in forma pauperis[,]" Federal Rule of Civil Procedure 4(c)(3) requires the Court, upon request, to "order that service [of summons] be made by a United States marshal or deputy marshal or by a person specially appointed by the court." *See also* 28 U.S.C. § 1915(d) ("[Upon an IFP plaintiff's request,] [t]he officers of the court shall issue and serve all process[.]").

Accordingly, the Court GRANTS Plaintiff's motion (Dkt. No. 10) requesting that the United States Marshal effectuate service on Defendants and ORDERS as follows:

(1) The Clerk shall provide a copy of this order, the amended complaint (Dkt. No. 8), and the summonses for each Defendant (Dkt. No. 9) to the United States marshal or deputy marshal.

(2) The United States marshal or deputy marshal shall serve Defendants with the applicable summons and amended complaint and shall file proof of service once completed.

Dated this 16th day of January, 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge